# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHERI WILLARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 2:21-cv-02538-HLT-GEB |
| ALEJANDRO MAYORKAS, in his ) | |
| capacity as Secretary of the Department of ) | |
| Homeland Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION TO DISMISS

The United States, on behalf of the Department of Homeland Security, by and through United States Attorney for the District of Kansas Duston J. Slinkard and Assistant United States Attorney Brian E. Vanorsby, moves this Court to dismiss Plaintiff's action for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6) and for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1). In accordance with D. Kan. Rules 7.1, 7.6, and 56.1, the United States is filing a separate memorandum in support hereof.

Respectfully submitted,

DUSTON J. SLINKARD
United States Attorney
District of Kansas

/s/ Brian E. Vanorsby
Brian E. Vanorsby, KS #27606
Assistant United States Attorney
United States Attorney's Office
District of Kansas
1200 Epic Center
301 N. Main |Wichita, Kansas 67202
Office: 316.269.6103
Fax: 316.269.6484
brian.vanorsby@usdoj.gov
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I further certify that on March 23, 2022, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Rebecca M. Randles
RANDLES MATA, LLC
851 NW 45th Street, Suite 310
Kansas City, MO 64116
*Attorney for Plaintiff*

/s/ Brian E. Vanorsby
Brian E. Vanorsby
Assistant United States Attorney