**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| CHERI WILLARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 2:21-cv-02538-HLT-GEB |
| ALEJANDRO MAYORKAS, in his ) | |
| capacity as Secretary of the Department of ) | |
| Homeland Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S MOTION FOR ORDER FOR RELEASE OF PROTECTED HEALTH INFORMATION AND ALLOWING *EX PARTE* INTERVIEWS WITH TREATING PHYSICIANS AND OTHER HEALTH CARE PROVIDERS**

Alejandro Mayorkas, Secretary of the United States Department of Health and Human Services, by and through Duston J. Slinkard, United States Attorney for the District of Kansas, and Brian E. Vanorsby, Assistant United States Attorney, hereby moves this Court for entry of an Order allowing for the release of protected health information, including medical records and *ex parte* interviews with Plaintiff's treating physicians, psychologists, psychiatrists, or other health care providers. Pursuant to D. Kan. Rules 7.1 and 7.6, Defendant is filing a separate memorandum in support hereof.

Respectfully submitted,

DUSTON J. SLINKARD
United States Attorney
District of Kansas

/s/Brian E. Vanorsby
Brian E. Vanorsby, KS #27606
Assistant United States Attorney
United States Attorney's Office
District of Kansas
1200 Epic Center
301 N. Main | Wichita, Kansas 67202
Office: 316.269.6481
Fax: 316.269.6484
brian.vanorsby@usdoj.gov
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I further certify that on July 7, 2022, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Rebecca M. Randles
RANDLES MATA, LLC
851 NW 45th Street, Suite 310
Kansas City, MO 64116
*Attorney for Plaintiff*

/s/ Brian E. Vanorsby
Brian E. Vanorsby
Assistant United States Attorney