# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

| | |
|---|---|
| **CHERI WILLARD,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**ALEJANDRO MAYORKAS, in his capacity as Secretary of the Department of Homeland Security,**<br><br>    **Defendant.** | Case No. 2:21-cv-02538-HLT-GEB |

## JUDGMENT IN A CIVIL CASE

☐   Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒   Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

Pursuant to the Order (Doc. 27), Plaintiff's claims are dismissed. This case is closed.

IT IS SO ORDERED.

SKYLER O'HARA
CLERK OF THE COURT

Dated: July 19, 2022          /s/  M. Deaton
                              By Deputy Clerk